UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CR-20607-MOORE

UNITED STATES OF AMERICA,

vs.

JOSE R. DIAZ-ROSADO,

    Defendant.
_____/

**CHANGE OF PLEA MINUTES**
**November 4, 2013**
**Time: 30 Minutes**

    On this date, the above-named Defendant appeared in person before the Honorable K. Michael Moore, United States District Judge, with Jose Batista, Edgar Sanchez and Mauricio Padilla, counsel retained by Defendant, and said Defendant stated in Open Court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to the Indictment. Assistant U. S. Attorney Yvonne Rodriguez-Schack appeared on behalf of the Government.

    After the Defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the Defendant guilty as charged.

Whereupon:

( )    The Court proceeded to pronounce sentence.

(X)    The Court postponed sentencing until **January 9, 2013 at 11:00 AM**

(X)    and the defendant allowed to remain on present bond until then;

( )    and the Defendant was remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

( )    the Defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

    The U.S. Attorney announced Count(s) ____ would be dismissed on the government's motion at sentencing.

Reporter:        Lisa Edwards
Court Clerk:    Robin Godwin